## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDYWINE VALLEY PREMIER** | : | |
| **HOSPITALITY GROUP** *t/a* | : | **CIVIL ACTION** |
| **CONCORDVILLE INN & MENDENALL** | : | |
| **INN,** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIREMAN'S FUND INSURANCE** | : | |
| **COMPANY,** | : | **No. 22-2221** |
| *Defendant* | : | |

## O R D E R

  **AND NOW**, this _____ day of August, 2023, upon consideration of Defendant Fireman's Fund Insurance Company's Rule 12(b)(6) Motion to Dismiss the Amended Complaint (Doc. No. 12), Plaintiff's Response (Doc. No. 13), FFIC's Reply (Doc. No. 16), and the Oral Argument held on December 22, 2022, it is **ORDERED** that the Motion (Doc. No. 12) is **GRANTED** for the reasons set forth in the accompanying memorandum.

  The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.


                                        **BY THE COURT:**


                                        **GENE E.K. PRATTER**
                                        UNITED STATES DISTRICT JUDGE

1